**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Troy J. CLARK, Defendant–Appellant.**

**No. 14–2408.**

United States Court of Appeals,
Eighth Circuit.

Submitted: Oct. 22, 2014.

Filed: Oct. 27, 2014.

Charles J. Williams, U.S. Attorney's Office, Cedar Rapids, IA, for Plaintiff–Appellee.

Troy J. Clark, Marengo, IA, pro se.

Before WOLLMAN, BYE, and SMITH, Circuit Judges.

1. The Honorable Linda R. Reade, Chief Judge, United States District Court for the

[Unpublished]

PER CURIAM.

Troy Clark directly appeals the sentence that the district court[1] imposed upon revoking his supervised release. He argues that the sentence is unreasonable. Upon careful review, *see United States v. Miller*, 557 F.3d 910, 915–16 (8th Cir.2009) (appellate review of revocation sentence), we conclude that the within-Guidelines-range revocation sentence is not unreasonable, *see United States v. Petreikis*, 551 F.3d 822, 824 (8th Cir.2009). Accordingly, we affirm the judgment of the district court. We also grant counsel's motion for leave to withdraw.

Northern District of Iowa.